Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Caitlin Baunsgard
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 2:23-CR-46-MKD-1 |
| v. | ) SENTENCING MEMORANDUM |
| EDWARD JAMES SALVADOR, | ) |
| Defendant. | ) |

Plaintiff, United States of America, by and through, Vanessa R. Waldref, United States Attorney for the Eastern District of Washington, and Caitlin Baunsgard, Assistant United States Attorney for the Eastern District of Washington, submits the following Sentencing Memorandum.

**A. PRE-SENTENCE INVESTIGATION REPORT:**

The United States has no formal objections to the pre-sentence investigation report (ECF. 325, 326). As noted in the Plea Agreement and the PSIR, the parties agreed to recommend a 2-level leader / organizer enhancement. The PSIR

SENTENCING MEMORANDUM - 1

recommends a 4-level enhancement; however, this does not change the Defendant's advisory guideline range, 360 months to life.  *See* PSIR at p. 26 ¶¶ 167, 172.

B. **SENTENCING RECOMMENDATION:**

Based on the totality of the circumstances, the United States is recommending a 300-month term of incarceration with a 5-year term of supervised release to follow. The United States respectfully submits such a sentence would be sufficient but not greater than necessary to accomplish the goals of sentencing and achieve an appropriate balance of the 18 U.S.C. § 3553(a) factors.

The Defendant is no stranger to the criminal justice system, having amassed criminal history stemming over the last 20-ish years, ranging from assault, obstruction, identity theft to attempt to elude, and drug trafficking.  The Defendant has been before countless judges surely promising various things.  Despite all these chances for change, the Defendant is before the Court to answer for leading nothing less than organized crime from Wenatchee to Moses Lake.  The Defendant did so by involving gang affiliations, firearms, and acts of violence.  The Defendant's conduct, set against the backdrop of his terrible criminal history, compels the imposition of a significant sentence to protect the community from the Defendant's continuous criminal activities.

Review of the PSIR shows the Defendant had an unstable childhood to include food and housing insecurity, with parents suffering from various addictions and mental health challenges as well as periods of incarceration in California.  The

SENTENCING MEMORANDUM - 2

structure and family orientation of gang life was unquestionably appealing and certainly his associations in that regard propelled his involvement in criminal activities. Mental health and substance abuse services are surely needed upon the Defendant's release from custody.

Unfortunately, despite stepping back from that lifestyle and those negative associations, the Defendant returned to criminal conduct, and did so in an epic fashion as outlined by the facts of this case. Accordingly, the United States is recommending an extensive period of incarceration for the Defendant.

DATED this 3rd day of January 2024.

Vanessa R. Waldref
United States Attorney

*s/ Caitlin Baunsgard*
Caitlin Baunsgard
Assistant United States Attorney

### CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and will email notification of such filing to the following:

Dave Partovi

*s/ Caitlin Baunsgard*
Caitlin Baunsgard
Assistant United States Attorney

SENTENCING MEMORANDUM - 3