

To whom it may concern:

   My name is pastor Marion Berryhill from Breakthrough International Church. I am writing this letter on behalf of Edward Salvador. I fully agree with the judicial system and am a firm believer in do the crime do the time. After I heard how much time Edward is looking at I must say it really did grieve my heart. I have known him on drugs and off drugs. On drugs he is a criminal but off drugs he is a great individual. I have known him around 12 to 15 years. I have witnessed him be a great father, husband and friend to many while being sober. In my opinion he doesn't have a crime problem he has a drug problem. I do understand the nature of his crime. If I could suggest that he be enrolled into some type of drug rehabilitation and given a reduced sentence I believe it will be more benefitable for him and his children. I do have a drug problem that I founded my self in Philadelphia, MS. I don't know if it would be a option for him to be released to our facility and after completion of the 9 month program he be remanded back into custody and his sentence be re assed pending completion of the program. I really do believe he will make it with the right guidance. Thank you for your time. Below is all my info if you have any questions.

Pastor Marion Berryhill
106 Wilson Ave
Bakersfield, Ca 93308
661-337-9455

Program Website
Onesimushouse.org